UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROSANNE KARR,

      Plaintiff,

      v.                    CASE NO.: 6:21-cv-878-CEM-EJK

NADIC ENGINEERING
SERVICES INC. and GODWIN N.
NNADI,

      Defendant
_____/

## UNIFORM CASE MANAGEMENT REPORT

      The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. See Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

1. **Date and Attendees**

> The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" See Local Rule 3.02(a)(1).

      The parties conducted the planning conference on June 17, 2021. Bruce A. Mount, Esq, Counsel for Plaintiff and Ashwin R. Trehan, Esq., Counsel for Defendants, attended the conference.

2. **Deadline and Date**

      The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed.R. Civ. P. 26(a)(1). | July 16, 2021 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | September 1, 2021 |
| Plaintiff's deadline for disclosing any expert report. *See* Fed. R.Civ. P. 26(a)(2). | October 18, 2021 |
| Defendant's deadline for disclosing any expert report. | November 17, 2021 |
| Deadline for disclosing any rebuttal expert report. | December 17, 2021 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | January 14, 2022 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | N/A |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | February 28, 2022 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br><br>Mediator:   Michelle Jernigan<br>            Upchurch Watson White & Max<br>            1060 Maitland Center Commons, Ste440<br>            Maitland, FL 32751<br>            Tel: (800) 863-1462 | January 28, 2022 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | July 15, 2022 |

| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the finalpretrial conference.) | July 22, 2022 |
|---|---|
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e);Local Rule 3.06(b). | July 29, 2022 |
| Month and year of the trial term. | August 2022 |

The trial will last approximately three days and be

X     jury
☐     non-jury

**3.**     **Description of Action**

Plaintiff alleges that Defendants failed to pay her overtime in violation of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* Defendants deny Plaintiff's claims.

**4.**     **Disclosure Statement**

    X     The parties have filed their disclosure statement as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

**5.**     **Related Action**

    X     The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action."

**6.**     **Consent to a Magistrate Judge**

> "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to

> a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).
>
> The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. See Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

X  The parties do not consent.

7. **Preliminary Pretrial Conference**

   X  The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

   ☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

8. **Discovery Practice**

   > The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

   X  The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. See Local Rule 3.01(g); Middle District Discovery (2021) at § I.A.2.

9. **Discovery Plan**

   The parties submit the following discovery plan under Rule 26(f)(2):

A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

☐ Yes.
X No; instead, the parties agree to these changes: Disclosures to be exchanged on or before July 16, 2021. The parties will comply with all other provisions of Rule 26(a).

B. Discovery may be needed on these subjects: Any matter relevant to the claims or defenses raised in the pleadings and within the scope of Federal Rule of Civil Procedure 26.

C. Discovery should be conducted in phases:

X No.
☐ Yes; describe the suggested phases

D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

X No.
☐ Yes; describe the issue(s).

E. X The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d)

F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

X No.
☐ Yes; describe the stipulation.

10. **Request for Special Handling**

X The parties do not request special handling.

    ☐    The parties request special handling. Specifically, describe requested special handling.

    ☐    Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

    X    The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

| *s/Bruce A. Mount* | *s/Ashwin R. Trehan* |
|---|---|
| Anthony J. Hall, Esq. | Ashwin R. Trehan, Esq. |
| FL Bar No. 40924 | FL Bar No. 42675 |
| Bruce Mount, Esq. | Jesse I. Unruh, Esq. |
| FL Bar No. 88754 | FL Bar No. 93121 |
| THE LEACH FIRM, P.A. | SPIRE LAW, LLC |
| 631 S. Orlando Avenue, Suite 300 | 2572 W. State Road 426, Suite 2088 |
| Winter Park, FL 32789 | Oviedo, Florida 32765 |
| Telephone: (407) 574-4999 | Telephone: |
| Facsimile: (833) 813-7512 | Facsimile: |
| Email: ahall@theleachfirm.com | Email: ashwin@spirelawfirm.com |
| Email: bmount@theleachfirm.com | Email: jesse@spirelawfirm.com |
| Email: yhernandez@theleachfirm.com | Email: sarah@spirelawfirm.com |
| *Attorneys for Plaintiff* | *Attorney for Defendants* |