UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROSANNE KARR,**

    **Plaintiff,**

v.           Case No.  6:21-cv-878-CEM-EJK

**NADIC ENGINEERING SERVICES INC. and GODWIN N. NNADI,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Second Renewed Joint Motion for Approval of Parties' Second Amended Settlement Agreement ("Motion," Doc. 28). The United States Magistrate Judge issued a Report and Recommendation (Doc. 29), recommending that the Motion be granted in part and denied in part.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that the parties filed a Joint Notice of Non-Objection (Doc. 30), the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 29) is **ADOPTED** and made a part of this Order.

2. The Second Renewed Joint Motion for Approval of Parties' Second Amended Settlement Agreement (Doc. 28) is **GRANTED in part and DENIED in part**.

   a. The phrase "in the Civil Action, including, but not limited to, any and all claims" in Paragraph 6 of the Settlement Agreement, (Doc. 28 at 10), is **STRICKEN**.

   b. Paragraph 8 of the Settlement Agreement, (Doc. 28 at 11), is **STRICKEN**.

   c. As modified herein, the Settlement Agreement (Doc. 28 at 8–14) is **APPROVED**.

   d. The Motion is otherwise **DENIED**.

3. The case is **DISMISSED with prejudice**.

4. The Clerk is directed to close the case.

**DONE** and **ORDERED** in Orlando, Florida on July 28, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record